UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**STANDING ORDER REGARDING ASSIGNMENT OF APPEALS OF**

**SOCIAL SECURITY ADMINISTRATION DECISIONS**

The parties in an appeal of the decision of the Social Security Administration may choose to file consent to the appeal being decided by a Magistrate Judge of this District, with judgment entered following the Magistrate Judge's decision on the Social Security appeal. Any appeal from the Magistrate Judge's ruling would be to the Second Circuit Court of Appeals. The plaintiff must file such consent within fourteen (14) days of the filing of his/her appeal, and the defendant must file his/her consent within fourteen (14) days of the filing of his/her notice of appearance.

If a party does not consent within the time limit for that party as described above, the Social Security appeal will then be assigned to a District Judge.

Pending random assignment to either a Magistrate Judge or District Judge, all Social Security appeals will be temporarily assigned to the docket of the Chief Judge.

A copy of the Consent Form is attached to this Standing Order.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 20th day of July, 2015.

                                                    /s/ Janet C. Hall
                                                  Janet C. Hall, Chief Judge
                                                  United States District Court